UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80848-CIV-CANNON/McCabe

**STEPHEN ARPAIA**
*individually and behalf of others similarly situated,*

    Plaintiff,

v.

**CAPITAL ONE, N.A.**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court upon Defendant's Motion to Dismiss Plaintiff's Amended Complaint with prejudice [ECF No. 27]. The Court granted that motion in a separate order [ECF No. 35]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. Pursuant to the Court's Order Granting Defendant's Motion to Dismiss and Closing Case [ECF No. 35], final judgment is entered in favor of Defendant Capital One and against Plaintiff Stephen Arpaia.

2. Plaintiff shall take nothing by this action.

3. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of September 2025.

                                                             _____
                                                              AILEEN M. CANNON
                                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record